UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. WILSON,

               Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

               Defendants.

24-CV-1406 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action alleging that Defendants violated his rights. The Court dismisses the complaint for the following reasons.

    Plaintiff has previously submitted to this court a substantially similar complaint against Defendants asserting the same claims. That case is presently pending before the Honorable Lorna G. Schofield under docket number ECF 1:23-CV-11063.[1] As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number ECF 1:23-CV-11063.

## CONCLUSION

    Plaintiff's complaint is dismissed as duplicative of ECF 1:23-CV-11063.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] Should Plaintiff wish to amend his complaint, he may seek to do so by filing the appropriate motion in ECF 1:23-CV-11063.

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated: February 23, 2024
       New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge